IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-CV-236-FL

| | | |
|---|---|---|
| MICHAEL T. PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GRANITE SERVICES | ) | |
| INTERNATIONAL, INC. and | ) | |
| GENERAL ELECTRIC, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes now before the court pursuant to joint request of the parties, filed October 30, 2012, requesting court-hosted settlement conference. The court hereby GRANTS this request, and the case is referred for court-hosted settlement conference pursuant to Local Civil Rule 101.2, EDNC, to Magistrate Judge William A. Webb, who shall preside at the conference for the purpose of resolving all issues in dispute. Judge Webb shall set the date and time for conference, not sooner than January 25, 2013, with deference to dates offered by the parties in a joint filing advising of times of mutual availability. This notice shall be filed within thirty (30) days of entry of this order.

Further, the court hereby extends deadline for mediation from January 18, 2013, to March 1, 2013. All other deadlines set forth in the case management order entered October 5, 2012 shall remain in full force and effect.

SO ORDERED, this the 31st day of December, 2012.

_____
LOUISE W. FLANAGAN
United States District Judge

2