# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

### NO. 7:11-CV-00236-FL

| | | |
|---|---|---|
| MICHAEL T. PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GRANITE SERVICES INTERNATIONAL, INC., | ) | |
| and GENERAL ELECTRIC, | ) | |
| | ) | |
| Defendants. | | |

This cause comes before the Court upon Defendants' motions to compel initial disclosures and discovery responses from pro se Plaintiff. (DE-43, DE-46). Plaintiff has not responded, and the time for doing so has expired. Accordingly, the motions are now ripe for adjudication and have been referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1). For good cause shown, Defendants' motions to compel are GRANTED as follows:

Plaintiff is hereby ORDERED, within seven (7) days of entry of this order, to serve Defendants with his Rule 26(a) initial disclosures, as well as full and complete responses to the discovery requests served by defendant General Electric on November 5, 2012 and by defendant GSI on October 31, 2012. Plaintiff is CAUTIONED that, irrespective of his pro se status, continued failure to abide by the Federal Rules of Civil Procedure or orders of this Court will subject him to sanctions, up to and including dismissal of this action. *See* Fed. R. Civ. P. 37(b) (providing sanctions for party's failure to comply with a court order, including discovery orders); Ballard v. Carlson, 882 F.2d 93, 96 (4th Cir. 1989) (noting that even pro se litigants are "subject

to the time requirements and respect for court orders without which effective judicial administration would be impossible").

DONE AND ORDERED in Chambers at Raleigh, North Carolina this 5th day of February, 2013.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE