UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:11-CV-236-FL

| MICHAEL T. PARKER, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
|  | ) | **ORDER** |
| v. | ) |  |
|  | ) |  |
| GRANITE SERVICES INTERNATIONAL INC., GENERAL ELECTRIC | ) ) ) |  |
|  | ) |  |
| Defendants. | ) |  |

THIS MATTER appearing before the Court on Defendants' Joint Motion to Amend the Scheduling Order, staying all deadlines pending the Court's resolution of Defendants' Joint Motion for Sanctions. The Court, having considered the Joint Motion and the pertinent portions of the record, and being otherwise fully advised in the premises, hereby ORDERS and ADJUDGES as follows:

(1) Defendants' Joint Motion to Amend the Scheduling Order is GRANTED.

(2) All deadlines in the current scheduling order are STAYED pending resolution of Defendants' Joint Motion for Sanctions.

SO ORDERED, this the 13 day of March, 2013.

_____
Honorable Louise W. Flanagan
United States District Judge