UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL T. PARKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:11-CV-236-FL |
| GRANITE SERVICES INTERNATIONAL, INC. ) | |
| and GENERAL ELECTRIC, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' joint motion for sanctions pursuant to Rule 37(b).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 26, 2013, and for the reasons set forth more specifically therein, that the defendants' motion for sanctions is granted and the plaintiff's complaint is dismissed with prejudice. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on April 29, 2013, and Copies To:**
Robert M. Kennedy, Jr. (via CM/ECF Notice of Electronic Filing)
Kevin Scott Joyner (via CM/ECF Notice of Electronic Filing)
Margaret Susannah Scholz (via CM/ECF Notice of Electronic Filing)
Michael T. Parker (via U.S. Mail) 4157 A Spirea Drive, Wilmington, NC 28403

April 29, 2013           JULIE A. RICHARDS, CLERK
                          /s/ Christa N. Baker
                         (By) Christa N. Baker, Deputy Clerk